**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. RDB-07-470 |
| **GARFIELD REDD** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO FILE MOTION UNDER SEAL**

Garfield Redd, through undersigned counsel, hereby moves this Court for leave to file under seal his Consent Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The motion contains references to protected health information and should not be disseminated to the public per local rule. Redaction of that protected health information would render the submissions unreadable. Government counsel has been provided with a copy of the Motion.

WHEREFORE, the defense requests that this Court grant its motion to seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
Brendan A. Hurson (#28179)
Senior Litigation Counsel
Office of the Federal Public Defender
100 South Charles Street, Tower II, Ninth Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile:  (410) 962-0872
Email: Brendan_hurson@fd.org